IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO TELEPHONE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MUNICIPALITY OF AGUADA, et al.,<br><br>Defendants. | CIVIL NO.: 22-1315(MEL) |

**ORDER**

On January 31, 2024, Plaintiff Puerto Rico Telephone Company, Inc., ("Plaintiff") and Defendants Municipality of Aguada ("Defendants"), through their respective counsel, and pursuant to the Court's Order on November 21, 2023 (ECF No. 46) submitted a Joint Pretrial Conference Report. ECF No. 47. Included in said report, the parties stipulated to a list of twenty facts. *Id*. at 24-27. In the interest of efficiency, the Court requests that the parties file an informative motion by **January 28, 2025**, if they object to the Court treats these twenty stipulated facts as uncontested for purposes of resolving Plaintiffs' pending motion for summary judgment. ECF No. 55. If the parties do not file a motion by said date, the Court will deem these twenty facts uncontested, not only for trial purposes, but also to address the motion for summary judgment. Moreover, the deadline to file any *Daubert* motions (or motions to exclude expert testimony) is **January 28, 2025**. Any responses to the same are due on **February 4, 2025**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of January, 2025.

                                                                     s/Marcos E. López
                                                                     U.S. Magistrate Judge